UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL ACTION NO. C-07-608 |
| § | |
| MATIAS MEDINA-GONZALEZ; aka § | |
| MATIAS GONZALEZ | |

## ORDER DISMISSING INDICTMENT

It is hereby ORDERED that the above-entitled and numbered Indictment be **DISMISSED** in the interest of justice as to the Defendant, MATIAS MEDINA-GONZALEZ.

It is further ORDERED that the Clerk of the United States District Court deliver a certified copy of this Order to the United States Marshal for the Southern District of Texas.

SIGNED and ORDERED this 10th day of January, 2008.

_____
Janis Graham Jack
United States District Judge